ROUNDS v. COLEMAN.     (No. 876.)

(Court of Civil Appeals of Texas. Amarillo. Oct. 9, 1915.)

AFFIDAVITS ⚖⇒14—AUTHORITY OF OFFICER— AFFIDAVIT IN LIEU OF APPEAL BOND.

An affidavit in lieu of an appeal bond sworn to before the judge of a county court of another state is defective, as the statutes give such an officer no authority to administer oaths and affirmations when taken without the state.

[Ed. Note.—For other cases, see Affidavits, Cent. Dig. §§ 58–60; Dec. Dig. ⚖⇒14.]

Appeal from District Court, Collingsworth County; J. A. Nabors, Judge.

Action between Adelia T. Rounds and S. L. Coleman. From the judgment, Rounds appeals. Appeal dismissed.

J. M. Worten, of Pawhuska, Okl., and Templeton & Templeton, of Wellington, for appellant. R. H. Cocke, Jr., of Wellington, for appellee.

HENDRICKS, J. The affidavit in lieu of an appeal bond in the transcript in this appeal is purported to have been made before a judge of the county court of Tulsa county, Okl. We are unable to find in our statutes giving to such an officer any authority to administer oaths or affirmations when taken without this state, and the motion to dismiss the appeal on account of a defective affidavit is sustained, and the appeal is ordered dismissed.